Rochelle STEELE et al., Appellant,

v.

George B. TAFT et al., Appellees.

No. 23125.

United States Court of Appeals
Fifth Circuit.

Oct. 9, 1969.

John D. Due, Jr., Tallahassee, Fla., Carl Rachlin, New York City, for appellants.

Roy T. Rhodes, Rivers Buford, Jr., Tallahassee, Fla., for appellees.

PER CURIAM:

Before JOHN R. BROWN, Chief Judge, and TUTTLE, JONES, WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, and SIMPSON, Circuit Judges, sitting en banc.

The Motion of the Appellees to Dismiss the above entitled appeal on the ground of mootness is hereby granted, and the appeal is dismissed.

UNITED STATES of America,
Appellee,

v.

Derek Wilson BEERE, Defendant-Appellant.

No. 168, Docket 33699.

United States Court of Appeals
Second Circuit.

Argued Sept. 29, 1969.

Decided Oct. 3, 1969.

Igor I. Sikorsky, Jr., Hartford, Conn., for defendant-appellant.

Paul S. Sherbacow, Asst. U. S. Atty. (Stuart H. Jones, U. S. Atty., and David Margolis, Asst. U. S. Atty., of counsel), for appellee.

Before FRIENDLY, SMITH and FEINBERG, Circuit Judges.

PER CURIAM:

Appellant Beere, who admittedly refused to submit to induction into the Armed Forces, contended, in defense to an indictment in the District Court for Connecticut, that the Local Board improperly rejected his claims to exemption as a conscientious objector and a minister. Judge Blumenfeld rejected his contentions in a careful Memorandum of Decision, embodying findings of fact and conclusions of law. We perceive no error in his decision and affirm the judgment.